UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 08332
    JAMES C GREINKE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-5468
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/07/07 .

2. The case was dismissed without confirmation, 09/14/2007.

3. The Debtor paid a total of $  2000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US NATIONAL BANK ASSOC | CURRENT MORTG | .00 | .00 | .00 |
| US NATIONAL BANK ASSOC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ASC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | NOT FILED | .00 | .00 |
| CENTRIX FINANCIAL | SECURED VEHIC | .00 | .00 | 535.93 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT INC | UNSECURED | NOT FILED | .00 | .00 |
| GREATER ROUND LAKE FIRE | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| SHEET METAL WORKERS LOCA | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 535.93 | .00 | .00 | .00 | 535.93 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 535.93 | .00 | .00 | .00 | 535.93 |

The Debtor's attorney, JEFF WHITEHEAD           , was allowed $  3000.00 and was paid $   272.24  direct and $   1412.06  through the plan.

The Trustee received $     52.01 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/19/07                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```